**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


**UNITED STATES OF AMERICA,**
**ex rel., ANGELA SMITH BRADY**                                    **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 4:14-cv-131-DMB-JMV**

**A.J. JEFFERSON, ET AL.**                                    **DEFENDANTS**

**<u>ORDER</u>**

This matter is before the court following relator's response [8] to the court's order to

show cause [7] as to why service of process has not been effectuated on defendants. Relator's

counsel represents his concern for judicial efficiency necessitated the delay in service of process.

Specifically, relator does not intend to serve some of the named defendants. Based on the

representation of counsel that this delay will result in a more streamlined cause of action and that

he will promptly effectuate service of process, the court will excuse the delay.

**IT IS, THEREFORE, ORDERED** that (1) the amended complaint must be filed with

the court within ten (10) days of this order and (2) service of the amended complaint shall be

made on the remaining defendants without further delay.

**SO ORDERED** this 5th day of May, 2015.


/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**