# Exhibit 19

Wuestenhoefer Note and Blank Invoice

2/26/10  10:15A

A. Brady left Bldg. w/ AJ.
I took this opp. to go
thru A. Brady's desk —
~~found~~ Found a proposal
from Jessie's Heating/A/c
for 7176th - $1,800. And
stapled to the back of
it was a proposal for
301 Huddleston - $7,500.
Changing out the whole
system in house —
I also found copies of
a Blank invoices from
Johnson Bros. Const. —
She is filling out these
invoices for payment.

10:27 TF went back to
take pictures

DEPOSITION
EXHIBIT
113
NW
PENGAD 800-631-6989

100535



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

**BILL TO:** _____

Date: _____
Invoice Number: _____

**DESCRIPTION:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**TOTAL AMOUNT DUE:** _____

*"THANKS FOR YOUR PATRONAGE!"*

100536