# Exhibit 48

Johnson Brothers Invoices Prepared by Brady



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRNA

Date: 2/24/10
Invoice Number: _____

**DESCRIPTION:**

Install new fence R/L and Bch side
Remove Debris from property

TOTAL AMOUNT DUE: $2700

401087

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.   AMOUNT
501-4005

TOTAL 2700.00

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007359



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRWA      Date: 2/26/10
         Invoice Number: 1

DESCRIPTION:    CB

Remove Selected Trees and Grind Stumps
Remove Fence + install new fence
Remove of All Debris

40087  5014435
       9000.00

TOTAL AMOUNT DUE: $9000

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007645

2

**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

BILL TO: SDRWA

**INVOICE**
Date: 2/6/10
Invoice Number: ____

DESCRIPTION:
Removing & Replacing Plumbing
Put Seal Under Weight Bearing Wall   501-44130-3
Remove & Replace Ceramic Tiling      40105    2800.00
Jackup Laundry Room & Kitchen

TOTAL AMOUNT DUE: $2800

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007378

3



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRWA    Date: 2/26/10
Invoice Number: _____

**DESCRIPTION:**

Repair Wood Fence
Remove Trees Grind Stumps
Trim Trees

APPROV̲ ͞    ⒶB
EXTEN. ͞
PAY APP ͞
ACCOUNT    401087  501-4430-5
                        2850⁰⁰

2 A+

**TOTAL AMOUNT DUE:** $2850

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007381

**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRWA

Date: 3/1/10

Invoice Number: _____

**DESCRIPTION:**

Install Driveway 519 W 2nd Leland

**TOTAL AMOUNT DUE:** $900

*"THANKS FOR YOUR PATRONAGE!"*

#01087

APPROVED
EXT. N. OK
PAY APPROVED
ACCOUNT NO.  AMOUNT
5-2-10

TOTAL  900.00

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
003334

**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

BILL TO: SDRWA

**INVOICE**
Date: 3/1/10
Invoice Number: ____

DESCRIPTION:

Install Driveway 519 W 2nd Leland

TOTAL AMOUNT DUE: $900

"THANKS FOR YOUR PATRONAGE!"

401087

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.    AMOUNT
5-01-4500-5
TOTAL  900.00

Brady vs. SDRHA - 1041

6



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

BILL TO: SDRWA

**INVOICE**
Date: 3/15/10
Invoice Number: _____

**DESCRIPTION:**

Replace Siding w/new siding

NO SIDING REPLACED—

TOTAL AMOUNT DUE: $ ~~2800~~ $1000

*"THANKS FOR YOUR PATRONAGE!"*

401087

APPROVED ____
EXT ✓ OK
PAY APPROVED ____
ACCOUNT NO. 501-4430-5 AMOUNT
10  1000⁰⁰

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007482



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRWA    Date: 3/5/10
Invoice Number: _____

**DESCRIPTION:**

Remove Tree - 717 6th St Leland
Disk Garden - 202 Weston Av Leland

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO. 501-44365   AMOUNT
401087
TOTAL 2800.00

**TOTAL AMOUNT DUE:** $2800

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007356



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

401087

APPROVED
EXTEN. O...
PAY APPROVED
ACCOUNT NO.    AMOUNT
5044305
TOTAL  1500.00

BILL TO: SDRHA

**INVOICE**
Date: 3/31/10
Invoice Number: _____

**DESCRIPTION:**

Contract 7 / 76th St
Replace Siding Complete
Request Balance

**TOTAL AMOUNT DUE:** $1500

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007232



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRWA
202 weston Main Shop

Date: 3/31/10
Invoice Number: _____

**DESCRIPTION:**

1) White trailer
   replaced wheel bar

2) Black trailer
   replaced wheel bar

3) Big Iron Trailer
   replaced wheel bar
   replaced tire
   replaced rim

Labor + materials

**TOTAL AMOUNT DUE:** $ 300

*"THANKS FOR YOUR PATRONAGE!"*

401087

APPROVED
EXTEN. OK
PA APPROVED
ACCOUNT NO.  AMOUNT
50-4430
TOTAL 300.00

**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRHA

Date: 3/31/10
Invoice Number: 432676

DESCRIPTION: 519 W. Second & 512 W. Second

Installing Kitchen tile
Installing Tile in Shower & Floor ✓ 512
Install hallway, bathroom and Floor ✓
Install walls
Install bricks in windows and repair cracks
Re-install Shower ~ 512
Re-install Real bathroom floor tile

TOTAL AMOUNT DUE: $2000.00 $1999

"THANKS FOR YOUR PATRONAGE!"

401087

APPROVED
EXTEN OK
PAY APPROVED
ACCOUNT NO. 501-4430S
TOTAL 1999.00



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: S DRUA

Date: 4/13/10
Invoice Number: _____

**DESCRIPTION:**

Job Completion
Driveway & Patio

**TOTAL AMOUNT DUE:** $ 4500

*"THANKS FOR YOUR PATRONAGE!"*

APPROVED _B_
EXTEN.
PAY APPROVED
ACCOUNT NO. 5C14430-5
TOTAL 4500.00

4/13/10

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007261

**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: _SDRHA_         Date: _4/13/10_
                 Invoice Number: _____

DESCRIPTION:
_Job Request for Drawal #401 Brizah Compress_

_Invoice including compress_

TOTAL AMOUNT DUE:  _$5500_

*"THANKS FOR YOUR PATRONAGE!"*

APPROVED _[signature]_  *New contract*
EXTE  OK
PAY APPROVED
ACCOUNT NO.
_401087_
TOTAL  _5500.00_

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007258

13

**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: SDRHA

Date: 4/13/10
Invoice Number: _____

**DESCRIPTION:**

Job Request Payment Compress

**TOTAL AMOUNT DUE:** $4500

*"THANKS FOR YOUR PATRONAGE!"*

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO. ___ AMOUNT
TOTAL 4500.00

401087

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007255



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

BILL TO: _SORHA_                    Date: _5/6/10_
                                    Invoice Number: _____

**DESCRIPTION:**

_Final Payment Job Completion_
_Compress 401 Brizsch cloud_

_____

                                                    _CB_ (circled)

                            APPROVED _____
                            EXTEN. OK _____
                            PAY APPROVED _____
TOTAL AMOUNT DUE:  $4500    ACCOUNT NO. 501-44123
                            _40108?_
                            TOTAL  4500.00

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007273



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

**INVOICE**

**BILL TO:** SORHA

Date: 5/14/2010
Invoice Number: _____

**DESCRIPTION:**

Demolition Rosedale

918 Lincoln    3,300
907 Lincoln    3,000

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO.    AMOUNT
5014305

**TOTAL AMOUNT DUE:** $6,300  401087

TOTAL 6,300.00

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
003286



**JOHNSON BROTHERS CONSTRUCTION**
1404 Allen Road
Indianola, MS 38751
662-347-8239
662-207-4995

BILL TO: SDRHA

**INVOICE**
Date: 5/21/10
Invoice Number: _____

DESCRIPTION:

Remove tree Debris & Repair Fence

TOTAL AMOUNT DUE: $1200

401087

APPROVED _____
EXTEN OK
PAY APPROVED
ACCOUNT NO: 501-49305

TOTAL 1200.00

*"THANKS FOR YOUR PATRONAGE!"*

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
007205