# Exhibit 49

Contractors' Invoices Prepared at SDRHA

# INVOICE

**Warfield Construction**

INVOICE # [100]
DATE: APRIL 10, 2008

TO   South Delta Regional Housing Authority
202 Weston Avenue
P O Box 955
Leland Ms 38756
662 686-2018

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|-------------|------------|------------|
| | 1010 Parkview Drive Cleveland – Repair Roof | | $1250 |
| | 1006 Parkview Drive Cleveland – Repair Roof | | $1250 |

*2000*
*1000*

APPROVED ___
EXTEN OK ___
PAY APPROVED ___
ACCOUNT NO ___ AMOUNT ___
501 4130

TOTAL 2000.⁰⁰

*400230*

| | | TOTAL | $2500 |

*2000*

*per MF*

Make all checks payable to [Your Company Name]
**THANK YOU FOR YOUR BUSINESS!**



DEPOSITION
EXHIBIT
121

FBI 024939

1

# Statement

Warfield Construction
662 931-0759

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

201 W 2nd Street
Leland

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 8/1/08 | Install & Repair Roof | | 7200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|------------|---|
| Amount Due | $7200.00 |

Thank you for your business!

APPROVED
EXTENSION
PAY APPROVED
ACCOUNT NO.
501-44808
TOTAL 7200.00

401030

FBI 024919

True Invoice from Warfield Construction

# Warfield Construction

## I N V O I C E

**Bill To:**          3/24/08

South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756

| | | | Description | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Wilson Circle – Belzoni | | | | 1,200 |
| | | | Roosevelt Street – Hollandale | | | | 1,200 |
| | | | Nixon Street – Hollandale | | | | 1,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| | |
| | |
| | 3,400 |



APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT              AMOUNT

TOTAL

FBI 024907

# Statement

Brian Parker
662 522-1974

BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

40329

Work Site:

Rosedale II
Apt 9, 10, 11

APPROVED
EXC'L CK
PAY APPROVED
AMOUNT
SDH-40301

3180.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 7/17/08 | Consenders for Rosedale II Apt 9, 10, 11 | | 3180.00 |

**LABOR ONLY**

| Amount Due | $3180.00 |
|------------|----------|

**Thank you for your business!**

DEPOSITION
EXHIBIT
132
NW
PENGAD 800-631-6989

FBI 030342

# STATEMENT



David's Constructions
207 North Walker Circle
Indianola Ms 38751

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO.

BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

Work Site:

123 Lunar Circle
Indianola Ms 38751

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 4/29/08 | Paint | |
| | • 3 bedrooms | |
| | • 1 kitchen | |
| | • Living room | |
| | • bathroom | |
| | • hallway | 900.00 |

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.                421241
                          AMOUNT
                          44730
TOTAL

Amount Due    $900.00

Make all checks payable to Warfield Construction

**Thank you for your business!**



DEPOSITION
EXHIBIT
122
NW

FBI 029709

# Invoice

Edwards Painting
(662) 822-4255



BILL South Delta Regional Housing Authority
TO 202 Weston Avenue
     Leland Ms 38756
     662 686-2018

Work Site: 401260
826 Lincoln Drive
Rosedale

APPROVED
EXTEN. ORG.
PAY APPROVED
ACCOUNT NO. 501-4430-5    AMOUNT
TOTAL $900.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 11/5/08 | 826 Lincoln Drive Rosedale | | |
| | Paint entire inside unit 3 BR | | 900.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Amount Due | $900.00 |
|---|---|

**Thank you for your business!**



DEPOSITION
EXHIBIT
125
NW

FBI 035656

True Invoice from Edward's Painting and Drywall Co.

**EDWARD'S PAINTING and DRYWALL CO.**
P.O. Box 5425
GREENVILLE, MS 38704
Phone 662-332-8818

South Delta Housing
202 Weston Ave.
Leland,Ms

BILLING DATE: 1/14/2008

ACCOUNT ID: 2023

Tax I.D. #: 64-0811213

| ACCOUNT ACTIVITY | | | | |
| DATE | INVOICE NO. | DETAILS | CHARGES | PAYMENTS |
| 1-14-08 | 1 | EXTERIOR PAINTING | | |

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.

AMOUNT

TOTAL

TOTAL 4500.00

| | Totals: | |
| | Please pay this amount: | $4,500.00 |

## Gala Oliver Reality

103 E 3rd St
Leland, MS 38756
302 686-4081

INVOICE #[**100**]
DATE: FEBRUARY 5, 2010

TO:
South Delta Regional Housing Authority
202 Weston Avenue
P O Box 955
Leland Ms 38756

For: Property Sale
301 Huddleston Street
Leland Ms 38756

| DESCRIPTION | AMOUNT |
|---|---|
| 2.5% Commission for Property Sale (301 Huddleston Street Leland Ms 38756) | 1062.53 |
|  | |
| TOTAL | 1062.53 |

**Thank you for your business!**

Brady v. SDRHA - 001008

8

| AMOUNT PAID | ACCOUNT | DATE | CHECK NO. |
|---|---|---|---|
| $1,062.53 | 8200002337 | 02/09/2010 | 022350 |

Vendor # and Name -> 401267 Gaila Oliver Realty

| Invoice No. | Date | Description | Amount |
|---|---|---|---|
| 301 HUDDLESTON | 02/09/2010 | COMMISSION FOR PROPERTY SALE | $1,062.53 |

REORDER SERIES 900

Brady v. SDRHA - 001009

## Oliver Reality

103 E 3rd St.
Leland MS 38756
662-686-4061

INVOICE #[100]
DATE: FEBRUARY 5, 2010

TO:
South Delta Regional Housing Authority
202 Weston Avenue
P O Box 955
Leland Ms 38756

For: Property Sale
301 Huddleston Street
Leland Ms 38756

| DESCRIPTION | AMOUNT |
|---|---|
| 2.5% Commission for Property Sale (301 Huddleston Street Leland Ms 38756) | 1062.53 |
| | |
| TOTAL | 1062.5 |

401267

50114604

1062.53

**Thank you for your business!**

100217



DEPOSITION
EXHIBIT
120
NW

10

# Invoice

J A Painting
218 Stokes King RD
Greenville Ms 38701
662 822-9539

BILL
TO
South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

521 W. 2nd Street
Leland Ms

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 12/11/08 | 521 W. 2nd Street Leland | | |
| | Paint inside unit | | |
| | • 2 bedrooms and closets | | |
| | • Hallway | | |
| | • Living Room | | |
| | • Kitchen & Den | | |
| | • All Ceilings | | |



APPROVED
EXT OK
PAY APPROVED ___ AMOUNT
ACCOUNT NO. ___

$700.00

**Amount Due    $700.00**

**Thank you for your business!**

DEPOSITION
EXHIBIT
126
NW
PENGAD 800-531-6989

FBI 025575

# Invoice

J & A Painting
(662) 822-9539

APPROVED
EXTEND WORK
PAY APPROVED
ACCOUNT NO. 501-44305
900.00

BILL
TO
South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site 40308
813 Roosevelt Street
Hollandale Ms 38748

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 2/11/09 | **Paint inside unit** | | |
| | • 3 Bedrooms | | |
| | • Living Room, Kitchen, Bathroom | | |
| | • Hallway, Closets | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Amount Due | $900.00 |
|------------|---------|

**ALL DEBRIS WILL BE REMOVED FROM PROPERTY**

**Thank you for your business!**

# INVOICE



**J & A Painting Company**
*Quality Service Every Time*

218 Stokes King Road
Greenville, MS 38701
Phone 662-822-9539

| | |
|---|---|
| **DATE:** | June 30, 2008 |
| **INVOICE #** | 100 |
| **FOR:** | 107 Ethel Waters Indianola, Ms |

**Bill To:**
South Delta Regional Housing Authority
202 Western Street
Leland, MS 38756
662-686-2018

| DESCRIPTION | AMOUNT |
|---|---|
| Materials | - |
| Labor | 900.00 |
| | |
| | |
| | |
| | |
| **TOTAL** | **$    900.00** |

Make all checks payable to **Jason Lewis**
If you have any questions concerning this invoice, contact I    **Jason or Aaron Lewis 662-822-9539**

**THANK YOU FOR YOUR BUSINESS!**

FBI 025581

06/30/2008 02:55 5623328778 JESSE AC PAGE 02

B0042

**PURCHASE ORDER**
NO. NUMBER MUST APPEAR ON ALL
INVOICE, SHIPPING PAPER, PACKAGES, ETC.

**2874**

DATE
6-22-09

DATE REQ.

Jesse's Air Conditioning Sales & Service
205 Martin Luther King Blvd. S.
Greenville, MS 38701

SHIP VIA

FOB

Phone 662-335-5285

TERMS

SOLD TO S.D.R.H.D.
207 Weston Av,
Loland MS 38756

SHIPPED TO Att, Angela

1 Chang Out Walkaway
Compressor

For Apartment #10 Rosedale FI

$425.00

(B)

APPROVED
ENTER BY
PAID BY
DATE REC'D
QUANTITY        AMOUNT

40100

$425.00

Total Due — $425.00

AUTHORIZED SIGNATURE

FBI 052965

# Invoice

Jessie A/C & Heat
(662) 820-1498

APPROVED 
EXTENDED
PAY PERIOD
ACCOUNT NO.

BILL TO
South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

106 Lunar Circle
Indianola

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 11/24/08 | 106 Lunar Circle Indianola | | |
| | Repair Heater | | |

Amount Due    $225.00  $220    owes $5⁰⁰ for

**Thank you for your business!**


DEPOSITION
EXHIBIT
127
NW

FBI 025847

**Jesse's Air Conditioner & Heating Service**
(662) 820-1498

BILL     South Delta Regional Housing Authority
TO       202 Weston Avenue
         Leland Ms 38756
         662 686-2018

Work Site:
911 Bell Avenue
Cleveland Ms

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 1/16/09 | WO # 35103 | | |
| | • Fixed heater | | |

APPROVED _____
EXTEN. OK _____
PAY APPROVED _____
ACCOUNT NO. _____ AMOUNT

TOTAL

Amount Due    **$175.00**

**Thank you for your business!**

FBI 052950

# Invoice

→ Jesse's Air Conditioner & Heating Service
(662) 820-1498

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:
1101 Smith Street
Cleveland Ms

APPROVED
EXTENSION
PAY APPROVED
ACCOUNT NO.

401100   50144305
         185.00

| DATE | | DESCRIPTION | BALANCE | AMOUNT |
|------|--|-------------|---------|--------|
| 2/13/09 | WO # 35252 | • Fixed heater | | |

| Amount Due | $185.00 |
|------------|---------|

Thank you for your business!

FBI 040727

# Invoice

Jesse's Air Conditioner & Heating Service
(662) 820-1498

BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

Work Site:

803 Truman Street
Hollandale Ms



APPROVED
EXTENSION
PAY APPROVED
ACCOUNT NO
40100
5004408
1250.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 2/13/09 | WO # 35186 | | |
| | • Fixed heater | | |

| Amount Due | $1250.00 |
|------------|----------|

**Thank you for your business!**

FBI 040731

Jesse's Air Conditioner & Heating Service
(662) 820-1498

BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

Work Site:

203 N Deer Creek
Leland Ms 38756

*401100   501-4-130-5   125.00*

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 12/30/08 | WO # 35059 | | |
| | • Fix heater | | 125.00 |

**Amount Due**    **$125.00**

Thank you for your business!

FBI 053067

**Jesse's Air Conditioner & Heating Service**
(662) 820-1498

BILL TO    South Delta Regional Housing Authority
           202 Weston Avenue
           Leland Ms 38756
           662 686-2018

Work Site:
803 Truman Street
Hollandale Ms

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 2/13/09 | WO # 35186 | | |
| | • Fixed heater | | |

**Amount Due    $1250.00**

**Thank you for your business!**

FBI 053076

# Invoice

Johnnie Green
(662) 820-6481



BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

202 Weston Avenue
Leland Ms 38756

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 12/30/08 | 202 Weston Avenue Kitchen | | |
| | • Install 110 outlet for dishwasher | | 50.00 |

**Amount Due   : $50.00**

**Thank you for your business!**



DEPOSITION
EXHIBIT
129
NW
PENGAD 800-631-6989

FBI 036507

# Statement

JOHNNIE GREEN
662 822-9013

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

206 CALIFORNIA
303 6TH STREET
LELAND MS

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.

50E 0030-5
400.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 7/21/08 | 206 CALIFORNIA LELAND | | 200.00 |
| | • PULL ELECTRICAL BOX FROM OUTSIDE TO INSIDE | | |
| | | | |
| | 303 6TH STREET LELAND | | 200.00 |
| | • INSTALL 220 FOR STOVE & MOVE 220 OUTLET FOR DRYER | | |
| | | | |
| | | | |
| | | | |
| | | | |

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.                AMOUNT

TOTAL

**LABOR ONLY**

| Amount Due | $400.00 |
|------------|---------|

**Thank you for your business!**

FBI 036522

# Invoice

Johnnie Green
(662) 820-6481

BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

Work Site:    401332

202 Weston Avenue
Leland Ms 38756



501-44305

75.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 2/13/09 | 202 Weston Avenue Whse | | |
| | • Install Receptable | | |

| Amount Due | $75.00 |
|------------|--------|

**Thank you for your business!**

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
004475

# Statement

Johnnie Green
662 822-9013

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

202 Weston Avenue Office
Leland Ms 38756

401332

APPROVED
EXTEN OK
PAY APPROVED
ACCOUNT NO

5-01-4430-3

50.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 9/4/08 | Install outlet to control wall switch | | 50.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|---|---|
| Amount Due | $50.00 |

**Thank you for your business!**

FBI 036511

# Statement

Johnnie Green
662 822-9013

BILL  South Delta Regional Housing Authority
TO    202 Weston Avenue
      Leland Ms 38756
      662 686-2018

Work Site:

714 6th Street
Leland Ms 38756

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO.

4N332

501-4430-5

300.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 9/19/08 | Change electrical box to 125 amp for AC / Heating unit | | 300.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|------------|--|
| Amount Due | $300.00 |

**Thank you for your business!**

FBI 036514

# Invoice

Johnnie Green
662 822-9013

BILL TO
South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

202 Weston Avenue
Leland Office Warehouse

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 08/02/08 | Install new breaker box and new breakers | | 600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LABOR ONLY**

| Amount Due | $600.00 |
|---|---|

**Thank you for your business!**

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO. 501-44505
40133
TOTAL 600.00

# Statement

Johnson Bros.
662 347-8239

APPROVED _____
EXAM. OK _____
PAY APPROVED _____
ACCOUNT NO. _____ AMOUNT
501440 5
TOTAL 1000.00

BILL South Delta Regional Housing Authority
TO 202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

110 Wilson Circle
Belzoni Ms

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 10/1/08 | Install concrete driveway | | 1000.00 |

| LABOR ONLY | |
|------------|---|
| Amount Due | $1000.00 |

**Thank you for your business!**



DEPOSITION
EXHIBIT
137
NW

FBI 026049

# Invoice

Johnson Bros.
(662) 347-8239

APPROVED
EXTEN. OK
PAY APPROVED AMOUNT
ACCOUNT NO.
50L4430-5

1500.00

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

1116 Moore Street &
1001 Searcy Street
Cleveland

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 11/24/08 | **1116 Moore Street Cleveland** | | |
| | • Cut down 3 tall hedges in front yard | | |
| | • Trim hedges on left side on unit | | |
| | • Trim hedges by sidewalk | | |
| | | | |
| | **1001 Searcy Street Cleveland** | | |
| | • Trim magnolia and oak tree | | |
| | • Grin stump by driveway | | |
| | • Cut down trees in back yard | | |
| | • Cut down tree by driveway | | |

Amount Due     $1500.00

**Thank you for your business!**

FBI 025980

# Statement

Johnson Bros.
662 347-8239

APPROVE~
EXTEN. OR~
PAY APPROVED~
AMOUNT~ 3000.00

BILL TO   South Delta Regional Housing Authority
          202 Weston Avenue
          Leland Ms 38756
          662 686-2018

Work Site:

The Orchard of Delta Estates
Leland Ms 38756

3000.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 10/1/08 | 2nd Installment | | 3000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|------------|--------|
| Amount Due | $3000.00 |

**Thank you for your business!**

FBI 026056

# Statement

Johnson Bros.
662 347-8239

BILL   South Delta Regional Housing Authority
TO    202 Weston Avenue
     Leland Ms 38756
     662 686-2018

Work Site:

714 6th Street
Leland Ms 38756



APPROVED
EXTEN. OF
PAY APPROVED
ACCOUNT NO.
5-01-4430-5
1000.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 10/1/08 | Install concrete driveway | | 1000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|------------|---|
| Amount Due | $1000.00 |

**Thank you for your business!**

FBI 026059

Johnson Bros.
(662) 347-8239



BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

Work Site:

1116 Moore Street &
1001 Searcy Street
Cleveland

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 11/24/08 | **1116 Moore Street Cleveland** | | |
| | • Cut down 3 tall hedges in front yard | | |
| | • Trim hedges on left side on unit | | |
| | • Trim hedges by sidewalk | | |
| | | | |
| | **1001 Searcy Street Cleveland** | | |
| | • Trim magnolia and oak tree | | |
| | • Grin stump by driveway | | |
| | • Cut down trees in back yard | | |
| | • Cut down tree by driveway | | |

Amount Due        $1500.00

**Thank you for your business!**

FBI 052934

**Invoice**

K & T Construction
(662) 836-7339



APPROVED
EXTEN OK
PAY APPROVED
ACCOUNT AMOUNT
301-4430-S
360.00

BILL
TO  South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

202 Weston Avenue
Leland Ms 38756

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 12/30/08 | **202 Weston Avenue** | | |
| | • Install 6 security lights on outside buildings | 6 @ 60.00 | 360.00 |

**Amount Due** | **$360.00**

**Thank you for your business!**

DEPOSITION
EXHIBIT
130
NW
PENGAD 800-631-6989

FBI 026246

# Invoice

K & T Construction
James Hart
(662) 836-7339

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue

Work Site:

201 W. 2nd Street
Leland Ms 38756

APPROVED
EXTEN. OR
PAY APPROVED
ACCOUNT NO.   50L-4430-5

401486   TOTAL   3395.00

| | BALANCE | AMOUNT |
|---|---|---|
| in unit | | |
| | 3395.00 | |

ALL DEBRIS WILL BE REMOVED FROM PROPERTY

u for your business!

INT PAID
5.00

ACCOUNT
8200002337

DATE
01/15/2009

CHECK NO.
021051

Amount
$3,395.00

# and Name -> 401486 K&T Construction
No.      Date      Description
ND 9?   01/15/2009

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
004290

# Invoice

K & T Construction
(662) 836-7339

**BILL TO**
South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

**Work Site:**

208 Willieroy Street &
515 E 3rd Street
Leland



APPROVED
EXTEN. GR
PAY APPROVED
ACCOUNT NO.                INITIAL

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 11/24/08 | **515 E 3rd Street Leland** | | |
| | • Move electrical lines | | |
| | **208 Willieroy Street Leland** | | |
| | • Install balance in light | | |

Amount Due      $175.00

**Thank you for your business!**

FBI 026250

# Statement

Nalls 3D Construction
662 207-9798

TAX ID 26-1932844

507 Wister Drive
Belzoni, ms

BILL   South Delta Regional Housing Authority
TO    202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

138 Carver Street
Rolling Fork

*handwritten:* 501-04205
401387 4000.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 6/23/08 | Completed Rehab of Unit | | |
| | 138 Carver Street Rolling Fork | | 4000.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|---|---|
| Amount Due | $4000.00 |

**Thank you for your business!**



DEPOSITION
EXHIBIT
131
NW

FBI 029833

Pro Green Accurate Pest Control
(662) 347-4109

Work Site: 401381 
206 California Street
Leland Ms 38756

35°°

| AMOUNT PAID | ACCOUNT | DATE | CHECK NO. |
|---|---|---|---|
| $70.00 | 8200002337 | 02/13/2009 | 021154 |

Vendor # and Name —> 401381 Roy L. Gordon

| Invoice No. | Date | Description | Amount |
|---|---|---|---|
| 206 CALIF. | 02/13/2009 | 02/13/09 PEST CONTROL | $35.00 |
| 303 PEYTON | 02/13/2009 | 02/13/09 PEST CONTROL | $35.00 |

| N | BALANCE | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**ALL DEBRIS WILL BE REMOVED FROM PROPERTY**

ou for your business!

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
004414

# Invoice

Roberson Floor Service
(662) 207-4138

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

105 Lunar Circle
Indianola Ms



APPROVED
EXTENDED
PAY APPROVED
ACCOUNT NO.
501-44-90-S
TOTAL  2100.⁰⁰

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 2/19/09 | **105 Lunar Circle Indianola** | | |
| | • Remove all old tile throughout unit | | |
| | • Install VCT in Living Room, Bedrooms, Closets, Hallway | | |
| | • Install Ceramic in Bathroom floor & walls and Kitchen | | |

ALL DEBRIS WILL BE REMOVED FROM PROPERTY

| Amount Due | $2100.00 |
|------------|----------|

**Thank you for your business!**



DEPOSITION
EXHIBIT
128
Nw

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
004702

FROM :ROBERSON FLOOR SERVICE          FAX NO. :6628877808          Apr. 24 2009 03:30PM  P1

RECEIVED

STATEMENT

**ROBERSON FLOOR INC.**

2009 APR 24  PH 3: 36

SOUTH DELTA REGIONAL
HOUSING AUTHORITY

102 Highway 49 South
INDIANOLA, MS 38751
Phone (662) 887-4477

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO. 501-44205          AMOUNT

401122

4940⁰⁰

TOTAL

South Delta Housing Authority

Gelena M

TERMS          PLEASE DETACH AND RETURN WITH YOUR REMITTANCE      $

BALANCE FORWARD ▶

4125.74 Furnish / Install carpet
base tile, ceramic
in - At 202 Wexford
Gelena, ms - Bigroom
+ Bath                                    5,000⁰⁰
                                          (60.00)

                                          $4,940⁰⁰

thanks JR

Thank You          PAY LAST AMOUNT

Invoice

Rufus Robinson
(662) 347-7345

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO. 501-4430-5

BILL   South Delta Regional Housing Authority
TO    202 Weston Avenue
      Leland Ms 38756
      662 686-2018

Work Site:

202 Weston Avenue Whse
Leland Ms

401522          750.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 2/11/09 | Install Ceiling Overhead | | |

**Amount Due    $750.00**

**Thank you for your business!**



DEPOSITION
EXHIBIT
133
NW

United States, Ex Rel: Kelly Nicole Wuestenhoefer v. Jefferson, et al.
4:10-CV-00012-MPM-JMV
FBI
004833

# Statement

Skeet Quality Painting
662 822-4583



BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

186 Carver Street &
28 Rosenwald
Rolling Fork

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 6/17/08 | Work Order # 33595 | | 75.00 |
| | • Building exterior hand rail | | |
| | Work Order # 33596 | | 25.00 |
| | • Install bathroom & closet door knobs, wax ring for toilet | | |
| | | | |
| | | | |
| | | | |

| LABOR ONLY | |
|------------|--------|
| Amount Due | $100.00 |

**Thank you for your business!**



DEPOSITION
EXHIBIT
134
NW

FBI 023613

# Invoice

Skeet Quality Painting Service
662 822-4583

APPROVED
EXTENSION OK
PAY APPROVED
ACCOUNT NO.                    AMOUNT

BILL    South Delta Regional Housing Authority
TO      202 Weston Avenue
        Leland Ms 38756
        662 686-2018

Work Site:

Rosedale II Ms
300 Railroad Ext Apt 10

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 6/11/08 | Rosedale II Apt 10 | | 1500 |
| | • Rehab apartment ready for move in | | |

**LABOR ONLY**

| Amount Due | $1500 |
|------------|-------|

Make all checks payable to Warfield Construction

**Thank you for your business!**

# Invoice

**Skeet Quality Painting Service**
662 822-4583

APPROVED
EXTENSION
PAY APPROVED
ACCOUNT NO.
AMOUNT

BILL TO  South Delta Regional Housing Authority
202 Weston Avenue
Leland Ms 38756
662 686-2018

Work Site:

Rosedale II Ms
300 Railroad Ext Apt 9

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 6/11/08 | Rosedale II Apt 9 | | 1500 |
| | • Rehab apartment ready for move in | | |

ACCOUNT # 4430
VENDOR # 461742

**LABOR ONLY**

| Amount Due | $1500 |
|------------|-------|

Make all checks payable to Warfield Construction ←

**Thank you for your business!**

FBI 023587

# Statement

Skcet Quality Painting
1516 E. John Cove
Greenville Ms 38701
662 822-4583

BILL  South Delta Regional Housing Authority
TO    202 Weston Avenue
      Leland Ms 38756
      662 686-2018

Work Site:

403 Porter Bayou Rd
Shaw Ms

Work order #
3.2487

APPROVED
EXTEN XK
PAY APPROVED
ACCOUNT S     AMOUNT

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 6/23/08 | Fixed Plumbing in kitchen under the unit from leaking under house | | |
| | Jack up house in dining room, kitchen and hallway | | |
| | Replace kitchen floor and tear up vinyl floor due rotten flooring | | |
| | Install new tile throughout kitchen | | |
| | Remove and Replace rotten boards from living room window due to termites damage | | |
| | Remove and replace rotten boards from front entry door due to termites damage | | |

APPROVED
EXTEN XK
PAY APPROVED
ACCOUNT NO.    AMOUNT

TOTAL

LABOR ONLY
Amount Due   $3200

Nathanael McDavis

**Thank you for your business!**

$ 3000.00
2000.00

FBI 023622

*P.O,*

# Statement

APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO 501-44505
AMOUNT 100.00
TOTAL

Skeet Quality Painting
662-822-4583

BILL   South Delta Regional Housing Authority
TO    202 Weston Avenue
     Leland Ms 38756
     662 686-2018

Work Site:

Rosedale Work Orders

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 6/11/08 | Work Order # 33737 | | 25.00 |
| | • Put light in vent hood, under kitchen sink and hallway | | |
| | Work Order # 33640 | | 25.00 |
| | • Put light in bedrooms, tighten wires in outlet | | |
| | Work Order # 33560 | | 55.00 |
| | • Replaced water stain sheet rock and painted | | |
| | Work Order # 33748 | | 20.00 |
| | Replace water lines and tighten faucet | | |

**LABOR ONLY**

Amount Due   $125.00

*100.00*   **Thank you for your business!**   *Nathaniel McGoi*

FBI 023602

INVOICE

Sullivan & Son's Construction Company
(662) 822-4099

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO.        AMOUNT

| BILL TO | South Delta Regional Housing Authority | | Work Site: | 40394 |
| | 202 Weston Avenue | | 201 W. 2nd Street | 501-14130-5 |
| | Leland Ms 38756 | | Leland Ms 38756 | 2500.00 |
| | 662 686-2018 | | | |

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 12/14/08 | Demolition | | 2500.00 |
| | • Remove all flooring & walls in bathrooms, kitchen, breakfast room upstairs & downstairs | | |
| | • Remove chimney | | |

ALL DEBRIS WILL BE REMOVED FROM PROPERTY

Amount Due    $2500.00

Thank you for your business!



DEPOSITION
EXHIBIT
124
NW

FBI 023937



APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.   AMOUNT

401394        501-44305         **Invoice**

TOTAL   $ 8000

Sullivan & Son's Construction Company
(662) 822-4099

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

206 California Street
Leland Ms 38756

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 12/30/08 | **206 California Street** | | |
| | • 1st addition attached a 5'x31' with a 10' gable on a 8/12 pitch center of structure on shed roof with cache side | | |
| | • Install a concrete porch with brick veneer for under pending | | |
| | • 2nd addition 14'x31' garage with 5'x12' passage to center into home from back door of kitchen with an 8/12 pitch in front | | |
| | 1st Installment | 10,000.00 | Paid 11/ /08 |
| | 2nd Installment | 8,000.00 | Paid 12/ /08 |
| | **Final Installment** | 8,000.00 | |
| | **Total Contract** | 26,000.00 | |

ALL DEBRIS WILL BE REMOVED FROM PROPERTY

**Amount Due**   **$8,000.00**

**Thank you for your business!**

**True Invoice from Sullivan & Son's Construction Company**

**Sullivan & Son's Construction Company**
445 S. Florida Street
Greenville, MS 38701

# CONTRACTORS INVOICE

WORK PERFORMED AT:

South Delta Regional Housing Authority

TO:
South Delta Housing Authority
Leland, MS 38756

Property: 1195 Moore Street
Cleveland, MS 38732

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| April 30, 2008 | #00043008 | |

**DESCRIPTION OF WORK PERFORMED**

Misc. Repairs:

Remove and install drywall and paint. (twice)
Remove all trash/ debris from interior.
Remove paneling from wall.
Remove all drywall from ceiling. (restore, prime and paint)
Remove all insulation from ceiling.
Remove all electrical wiring from wall and ceiling.
Remove and install plubing in wall. (Plumbing installed, as needed)
Remove and install floor tile.
Remove and install heating system.
Install all electrical work in house.
Install three ext. door units.
Install twelve interior doors with locks.
Remodel two bathrooms.
Remove and install hot water heater.
Install gas line. (as needed)
Remove and install ceiling and wall lights/ fixtures.
Install two ext. light fixtures.

TOTAL LABOR: $9,975.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Nine thousand nine hundred & seventy-five ---------------- Dollars ($ 9,975.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day      Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                   Month    Day    Year

NC3822

# CONTRACTORS INVOICE

FBI 023927

47

# Invoice

Sylvester Snipes
(662) 599-0572

BILL   South Delta Regional Housing Authority
TO     202 Weston Avenue
       Leland Ms 38756
       662 686-2018

Work Site:

1001 Searcy Avenue
Cleveland

APPROVED
EXTEN.
PAY APPROVED
ACCOUNT NO.  501-1430-5
AMOUNT  1500.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 11/13/08 | 1001 Searcy Avenue Cleveland | | |
| | Paint entire inside unit 3 BR | | |
| | Paint Kitchen, Bathroom, Living Room | | |
| | Paint all interior & exterior doors & closets | | |

Amount Due    $1500.00

**Thank you for your business!**



DEPOSITION
EXHIBIT
135
NW

FBI 023657

Invoice

Sylvester Snipes
(662) 599-0572

BILL     South Delta Regional Housing Authority
TO       202 Weston Avenue
          Leland Ms 38756
          662 686-2018

Work Site:

121 Kendall Drive
Belzoni



APPROVED
EXTEN. OK
PAY APPROVED
ACCOUNT NO.          AMOUNT
501-4430-5
404470
11,950.00

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 11/13/08 | 121 Kendall Drive Belzoni | | |
| | Paint entire inside unit 3 BR | | |
| | Paint Kitchen, Bathroom, Living Room | | |
| | Paint all interior & exterior doors & closets | | |
| | Repair / Refinish all inside and outside | | |

Amount Due     $1950.00

**Thank you for your business!**

FBI 023660

# Statement

Warren Tree Service
662 207-1175



APPROVED
EXTEN. OK
PAY APPROVED
PERSON NO. 30440303

TOTAL 1500.00

BILL     South Delta Regional Housing Authority
TO       202 Weston Avenue
         Leland Ms 38756
         662 686-2018

Work Site:

515 E 3rd Street
Leland Ms 38756

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|------|-------------|---------|--------|
| 10/1/08 | Cut & Trim Trees | | |
| | Grind Stumps & Clean Fence Line | | |

**LABOR ONLY**

| Amount Due | $1500.00 |
|------------|----------|

**Thank you for your business!**



DEPOSITION
EXHIBIT
136
NW

FBI 024964